UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**14 CV 4862**

ERIC HOLMES
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CITY OF NEW YORK
_____

P.O. BRITTANY McGEE
_____

P.O. ASHAN ZAFAR
_____

P.O. DERVENT WILLIAMS
_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes   ☐ No
*(check one)*

RECEIVED
JUN 20 2014
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  ERIC HOLMES
ID #  241 14 04712
Current Institution  NIC
Address  1500 HAZEN ST
         EAST ELMHURST NY 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  P.O. BRITTANY McGEE   Shield # _____
                  Where Currently Employed  1035 LONGWOOD AVE
                  Address  BRONX NY 10459   41 PRECINT
                  718 542 7964

*Rev. 05/2010*                                          1

Defendant No. 2    Name P.O. ASHAN ZAFAR _____ Shield #_____
                   Where Currently Employed  1035 LONGWOOD AVE
                   Address BRONX NY 10459  41 PRECINT


Defendant No. 3    Name P.O. DERVENT WILLIAMS _____ Shield #_____
                   Where Currently Employed  1035 LONGWOOD AVE
                   Address BRONX NY 10459  41 PRECINT


Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____


Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____


## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    N/A

B.  Where in the institution did the events giving rise to your claim(s) occur?
    N/A

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    MAY 25, 2014   12:30 AM

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

D. Facts: IM PARALYZED AND MY ADA RIGHTS WERE VIOLATED AS WELL AS MY CONSTITUTIONAL RIGHTS AND 5TH AMENDMENT WHEN THE POLICE ARRESTED ME AND THREW ME OUT OF MY WHEELCHAIR AND HANDCUFFED ME BEHIND MY BACK AND TOOK MY URINAL. THEY TOLD ME TO SHUT UP AS I TOLD THEM I WAS PARALYZED AND NEEDED A ACESSABLE VAN FOR TRANSPORTING ME. I WAS THROWN IN THE BACK OF THE VAN WHERE I HAD A ACCIDENT ON MYSELF AND WAS NOT SECURELY STRAPPED DOWN EITHER ME OR MY WHEELCHAIR. I ASKED TO GO TO THE HOSPITAL AS I WAS STILL IN THE PRECINT HANDCUFFED TO THE BENCHES FOR 2 DAYS STRAIGHT AND WAS IGNORED. CONTINOUSLY I ASKED FOR A URINAL AND THE HOSPITAL WHERE I WAS TOLD SHUT UP AND CONTINUED TO BE IGNORED

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. THE INCIDENT CAUSED ME TO HURT MY NECK AND BACK AND IM CURRENTLY TAKING PAIN PILLS PRESCRIBED TO ME STILL TO THIS DAY

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _N/A_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No _✓_   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No _✓_   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No _✓_

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No _✓_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _N/A_

   1. Which claim(s) in this complaint did you grieve? _N/A_

   2. What was the result, if any? _N/A_

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _THE INCIDENT TOOK PLACE ON THE STREETS_

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____ N/A _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I WANT THE NYPD TO GET WHEELCHAIR TRANSPORTATION FOR PEOPLE WITH DISABILITIES. THE AMOUNT OF MONETARY COMPENSATION 1,000,000

## VI.  Previous lawsuits:

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No ✓



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# PRISONER AUTHORIZATION

Case Name: __ERIC HOLMES__  v. __CITY OF NY P.O. M<sup>C</sup>GEE SGT. WILLIAMS__
(Enter the full name of the plaintiff(s))    (Enter the full name of the defendant(s))

Docket No:   No. _____ Civ. _____ (   )
(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __ERIC HOLMES__ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.**

__JUNE 18__, 20__14__         __[signature]__
Date signed                   Signature of Plaintiff

                              __241 14 04712__
                              Prisoner I.D. Number

                              __NIC 1500 HAZEN ST EAST ELMHURST__
                              Name of current facility __NY NY 11370__

rev. 01/11